IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ACCESS 4 ALL, INC.,<br><br>Plaintiff,<br>v.<br><br>THE COMMONS AT SUGARHOUSE, LLC,<br>Defendant. | ORDER GRANTING<br>[38] STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Case No. 2:16-cv-01075-DN<br><br>District Judge David Nuffer |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff Access 4 All, Inc. and defendant The Commons at Sugarhouse, LLC filed a Stipulation of Dismissal (the "Stipulation").[1] The Stipulation represents that the parties have agreed that the District of Utah retains jurisdiction over the parties for the purpose of enforcing their settlement agreement.[2] Based on the Stipulation, and after due consideration,

IT IS HEREBY ORDERED that the action is DISMISSED WITH PREJUDICE. Remaining motions, if any, are denied as moot.

The Clerk is directed to close the case.

Dated October 11, 2017.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 38, filed October 10, 2017.

[2] *Id.*